1
2
3
4
5
# UNITED STATES DISTRICT COURT
6
## DISTRICT OF NEVADA
7
* * *
8  WB MUSIC CORP, *et al*.,                    )
                                               )
9              Plaintiff(s),                   )         2:09-CV-00693-RLH-PAL
                                               )
10     vs.                                     )         **O R D E R**
                                               )
11  IRALP Inc., *et al.,*                      )
                                               )
12             Defendant(s).                   )
_____)
13
14          Defendant having filed a Notice of Chapter 7 Bankruptcy (#33) and all further
15  proceedings in this matter having been stayed thereby, IT IS HEREBY ORDERED that this matter
    be ADMINISTRATIVELY CLOSED, to be reopened upon motion from counsel if necessary.
16
17          Dated this 4th day of January, 2011.
18
19                                             _____
20                                             **Roger L. Hunt**
                                               **Chief United States District Judge**
21
22
23
24
25
26