UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

WB MUSIC CORP, *et al.*,

        Plaintiff(s),

  vs.

IRALP, INC., *et al.,*

        Defendant(s).

Case No. 2:09-cv-0693-RLH-PAL

**O R D E R**
(Reopening of Case)

      Before the Court is Plaintiffs' **Motion for Reconsideration to Reopen Case as to IRALP Following Administrative Closure** (#36, filed May 20, 2011). Having considered the motion, to which there was no opposition filed, and for good cause appearing,

      IT IS HEREBY ORDERED that the Motion for Reconsideration to Reopen Case as to IRALP Following Administrative Closure (#36) is GRANTED and the case is reopened as to Defendant IRALP, INC.

      IT IS FURTHER ORDERED that default having heretofore been entered on November 16, 2010, Plaintiffs may file a motion for default judgment, together with the appropriate affidavits of persons with knowledge, within 45 days of this order.

      Dated: June 20, 2011.

                                          _____
                                          **Roger L. Hunt**
                                          **United States District Judge**