Marek P. Bute, Esq.
Nevada Bar No. 9989
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mbute@swlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WB MUSIC CORP., a corporation; BLEU DISQUE MUSIC CO., INC., a corporation; WEBO GIRL PUBLISHING, INC., a corporation; LEXOR MUSIC, a corporation; JOBETE MUSIC CO., INC.; a corporation; CONTROVERSY MUSIC, a corporation and EMI APRIL MUSIC INC., a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>IRALP, INC., a Nevada corporation; and SIA AMIRI, individually and as President of IRALP, INC., DOES I through X and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:09-CV-00693-RLH-PAL<br><br>**DEFAULT JUDGMENT** |

This matter is before the Court upon Plaintiffs' Motion for Default Judgment filed against Defendant IRALP, Inc. ("IRALP"). Based upon Plaintiffs' motion and supporting briefing and affidavits, the Court finds that Plaintiffs' service of process and Entry of Default against Defendant IRALP, Inc. ("IRALP") are proper, that IRALP has failed to comply with the Court's March 26, 2010 Order requiring IRALP to obtain substitute counsel by April 26, 2010, and that IRALP has otherwise failed to defend the action. The Court further finds that the allegations of Plaintiffs' Complaint are sustained against IRALP, that IRALP deliberately and intentionally infringed Plaintiffs' copyrights, and that Plaintiffs are entitled to the relief they seek under the 1976 Copyright Act, 17 U.S.C. §§ 502, 504(c), and 505, as set forth below.

///

13579417

It is therefore ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment shall be entered in favor of Plaintiffs and against Defendant IRALP for statutory damages in the amount of $9,000 for each of the eight (8) causes of action for a total of $72,000.00, together with attorney's fees in the amount of $17,034.00 and costs in the amount of $1,106.62; with interest accruing as prescribed by 28 U.S.C. § 1961, and

2. IRALP and any persons acting under the direction, control, permission or authority of IRALP shall be and hereby are enjoined and restrained permanently from publicly performing any copyrighted work in the ASCAP repertory, whether now in existence or later created, including any or all of Plaintiffs' copyrighted musical compositions set forth in Schedule A to the Complaint, in any place owned, controlled or conducted by IRALP, and from aiding or abetting the public performance of such compositions in any such place or otherwise, unless and until IRALP receives permission from the copyright owners or becomes properly licensed to perform music from the ASCAP repertory.

The Court specifically finds that the award to Plaintiffs in this Judgment is a result of acts of intentional copyright infringement committed by IRALP with knowledge that such acts would result in actual harm to Plaintiffs, in willful disregard of Plaintiffs' rights as owners of musical copyrights to the songs listed in Schedule A to the Complaint.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
DATED: August 22, 2011

Submitted By:

SNELL & WILMER L.L.P.

_____
Marek P. Bute, Esq.
Nevada Bar No. 9989
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiffs*

13579417

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **[PROPOSED] DEFAULT JUDGMENT** by the method indicated:

_____  by Electronic mail through the court's CM/ECF filing system

\_\_\_\_X\_\_\_\_  by U. S. Mail

_____  by Facsimile Transmission

_____  by Overnight Mail

_____  by Federal Express

_____  by Hand Delivery

and addressed to the following:

Sia Amiri
IRALP, Inc.
KRAVE
3663 So. Las Vegas Blvd., Suite 600
Las Vegas, Nevada 89109
*Defendants*

DATED this 17th day of August 2011

*Mary Full*
An employee of Snell & Wilmer

13579417

- 3 -