✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

WB Music Corp. et al.,

Plaintiffs,

V.

IRALP Inc.

Defendant.

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-00693-RLH -PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment entered in favor of Plaintiffs and against Defendant IRALP Inc. for statutory damages in the amount of $9,000 for each of the eight (8) causes of action for a total of $72,000.00, together with attorney's fees in the amount of $17,034.00 and costs in the amount of $1,106.62; with interest accruing as prescribed by 28 U.S.C. 1961.

August 22, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Denise Saavedra

(By) Deputy Clerk